FILE

UNAVAILABLE